# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JONATHON SMITH                            CIVIL ACTION

VERSUS

TIM DELANEY, ET AL.                 NO. 14-00539-BAJ-RLB

## RULING AND ORDER

On July 27, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Jonathon Smith's ("Plaintiff") Complaint (Doc. 1) be dismissed with prejudice for failure to state a claim upon which relief may be granted. (Doc. 18). The Magistrate Judge further recommended that, to the extent that Plaintiff's allegations may be interpreted as seeking to invoke the supplemental jurisdiction of this Court over potential state law claims, this Court should decline to exercise such jurisdiction. (Doc. 18 at p. 9-10).

The Magistrate Judge's Report and Recommendation then specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 18 at p. 1). Plaintiff filed objections on August 4, 2015.[1] (Doc. 19).

---

[1] In his objections, Plaintiff opposes the Magistrate Judge's Recommendation on two grounds: (1) that Defendants actions amount to callous indifference to his right to be protected, and (2) the Defendants' failure to keep him safe amounted to deliberate indifference. (Doc. 19 at p. 2). Plaintiff then continues to assert that he has met the pleading requirement for both the subjective and

Having carefully considered the Plaintiff's Complaint and Defendants' motion, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 18)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential remaining state law claims.

Baton Rouge, Louisiana, this 11th day of August, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

objective components of these constitutional standards, while reiterating the crux of his original claims without citation to any supporting authority. This is insufficient. Thus, the Court finds Plaintiff's objections are without merit.